IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON MORGAN | : | |
| | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| **v.** | : | |
| | : | |
| **OFFICER ERIC SIEGFRIED,** | : | |
| **SERGEANT SALVATORE CUCCIUFFO,** | : | |
| **and APRIL MORGAN,** | : | **NO. 22-2454** |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

AND NOW, this 5th day of March, 2026, upon consideration of Defendants Officer Eric Siegfried and Sergeant Salvatore Cucciuffo's Motion for Summary Judgment (ECF No. 60), Defendant April Morgan's response/joinder (ECF No. 73), Plaintiff's response in opposition (ECF No. 70), Defendants' reply (ECF No. 77), and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that:

1. Defendants Siegfried and Cucciuffo's Motion for Summary Judgment (ECF No. 60) is **GRANTED**.

2. Judgment is entered in favor of Defendants Officer Eric Siegfried and Sergeant Salvatore Cucciuffo and against Plaintiff Jason Morgan on all federal claims asserted against them.

3. To the extent Plaintiff asserts claims under 42 U.S.C. § 1983 against Defendant April Morgan, summary judgment is **GRANTED** in favor of Defendant April Morgan and against Plaintiff on those federal claims.

4.  The Court DECLINES to exercise supplemental jurisdiction over any remaining state-law claims against Defendant April Morgan pursuant to 28 U.S.C. § 1367(c)(3), and those claims are **DISMISSED WITHOUT PREJUDICE**.

5.  The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
HON. MIA R. PEREZ