**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JASON MORGAN**<br><br>Plaintiff,<br><br>v.<br><br>**OFFICER ERIC SIEGFRIED, SERGEANT SALVATORE CUCCIUFFO, and APRIL MORGAN,**<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br><br><br><br>**No. 22-2454** |

**Perez, J.** **July 31, 2026**

**ORDER**

AND NOW, this 31st day of July 2026, upon consideration of Defendant April Morgan's Motion for Sanctions, Attorneys' Fees, Costs, and Noneconomic Damages (ECF No. 84) and Plaintiff's Response thereto (ECF No. 86), it is hereby ORDERED that the Motion is DENIED WITH PREJUDICE, except that the denial is WITHOUT PREJUDICE to Defendant Morgan filing a narrowly tailored, properly documented request to quantify or enforce any costs recoverable under the Court's prior Order concerning Plaintiff's June 30, 2025 deposition (ECF No. 53).

BY THE COURT:

Hon. Mia R. Perez